CATALDO D'ORIA, as Administrator, etc., of PASQUALE QUERCIA, Deceased, v. ROBERT W. BRIGGS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the

Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.